# Exhibit 4

The Honorable Judge Paul Friedman

United States District Court

for the District of Columbia

Dear Judge Friedman,

My name is Monica O. Johnson.  I have over 20 years of service in the Federal Government.  I have know Mr. Brian Thompson for nearly 40 years.  When he shared his current legal situation with me I experienced a wide range of emotions.  First, shock and disbelief, then sadness, then concern for Brian's welfare.  But at the end of it all, I realized that although what he did was wrong, the Brian Thompson I know would not have purposely violated process, procedure, or the law for personal gain.  The Brian Thompson I know does what he feels would best accomplish a goal, mission, or other people.

Brian and I met at church.  We spent many years together serving in various teen church groups and our community.  Although we have both moved to various places throughout country during our adulthood, we have somehow ended up back in the District of Columbia attending church together.  Brian was and is always the person who wanted to do whatever was needed to help make a difference.  Brian was about positive change even if he methods were sometimes "unconventional" he did and does everything with the best of intentions .

Personally, I have and do consider Brian one of my dearest friends.  I could always count on him to be there to listen, provide guidance, and "tough love" when necessary.  Brian is not only a good friend to me he is also an outstanding family man.  As we have grown up together, I have been able to see firsthand his interactions with his family.  He emulates what it means to be a good son, brother, and father.  He is loving, kind, and generous.  Brian would give whatever is needed to help with whatever you need.  More important than any of this, Brian is a man of God.  God drives and guides his life.

I know Brian made a mistake.  Brian knows he made a mistake.  I think telling me what happened was one of the hardest conversations he has ever had to have with me.  Brian Thompson is a good man.  There is no doubt in my mind that his actions were done in an effort to effectuate positive change.   As you read this and other letters I imagine you will receive on Brian's behalf that you take into consideration the man and not just the action.   Regardless of the outcome, I fully support Brian Thompson.

Sincerely,

*Monica O. Johnson*