# Exhibit 6

Joseph Morgan

The Honorable Paul L. Friedman

U.S. District Court for the District of Columbia

E. Barrett Prettyman U.S. Courthouse

William B. Bryant Annex Room 6012

333 Constitution Avenue, N.W.

Washington, DC 20001

Honorable Judge Friedman,

I am retired Lieutenant Joseph Morgan, Washington DC Fire and EMS Department, and currently a leadership member of the, Men of Strength Outreach and Missions Ministry, of the First Baptist Church of Glenarden, Largo MD. Mr. Brian Thompson is a member of the church and an upstanding member of the Men of Strength Ministry. The Men of Strength was birthed through the vision of our pastor.

The focus of our ministry is to assist the widows, elderly and disabled in our church and community with minor home repairs, cleaning, and to assist in any capacity that is suitable for a volunteer organization, with our primary mission concentration on life safety, functionality and home cosmetics. Since its inception we have had the opportunity to assist many of our seniors and approximately 30 outreaches.

Brian has been an active member of the ministry and has offered an enormous amount of expertise and willingness to go above and beyond to assist those in need of help. He has given of his time and knowledge and at times even resources to help the ministry accomplish the goals that have been set. Mr. Thompson not only contributes his time in assisting with the work that has to be done but has also offered his expertise in the area of construction to mentor the volunteers while still accomplishing the goal of assisting the recipients of the outreach.

I have had the opportunity to work with Mr. Thompson on many of the outreaches and his dedication and compassion to those he is serving has been exemplary. He has taken on each project as though he was working with his own relative. Taking care to explain every step that will be taken during the process, taking the time to follow up with the recipient to make sure they are pleased with the help that they have received and that everything was done correctly and to the senior's satisfaction and need.

The heat of the summers in this area can be pretty brutal on the senior community. We have encountered occasions where the senior was enduring mid-summer heat where the temperatures can be constantly in the 90's and reach well above 100 degrees, without any air cooling units in their home. In the past the ministry would take up donations from the members to try to raise funds to purchase air

conditioning units for the seniors. In 2013 the ministry members donated funds and raised enough to purchase 10 units. The goal of the ministry was to raise enough funds through donations to purchase 15-20 units for our seniors. Brian offered his expertise again in assisting the ministry in acquiring air conditioning units from various vendors i.e. Haier and LG, through in-kind donations that has provided 87 cooling units for the seniors in 2015. This will allow us to reach much farther into the community than we could have ever imagined before Mr. Thompson had joined our ministry. He has been an absolute blessing to the ministry, church and community.

Brian is also involved in a discipleship program named, "Brothers In Discipleship". This program is a three year journey that incorporates a deeper understanding of the scriptures and develops a closer relationship with God. The program mimics a modern day walk in the footsteps of Jesus as the men journey through Bible scriptures, daily reading and journaling, community outreach and evangelism. It's designed to show the men how to be a disciple of Christ and take His ministry outside the walls of the church into the community and spread the good news of the gospel. As a BID graduate and former facilitator I can guarantee that no man who completes the three (3) year discipleship program has not been changed into a true follower of Christ, doing good works in the community.

I have personally known Mr. Thompson and his family for many years. We grew up in the same community, attended the same church and participated in some of the same after school activities. His mother was my "Den Mother" when I was in the Cub Scouts. I attended school with his younger brother and sister. Although Brian and I did not have the same circle of friends when we were younger the integrity of his upbringing was very familiar because of the common threads we shared in our community. As I'm getting to know Brian in our adult life the integrity from our childhood is still very evident in his demeanor. Our foundation of faith is very strong, as we share the same roots of the church that both of our families attended and we grew up in. And now in our adult life our courses have navigated to be in a different church from our youth but both rooted again at First Baptist Church of Glenarden.

Brian has been in invaluable to the ministry and senior community. His compassion is a God given gift but I also believe because of his commitment to caring for his own senior mother who has been ailing in her most recent years. Watching the deterioration of your parent's health is a hard thing to witness, especially when they are so instrumental in your success and development as a person. I myself watched my parents move from productive independent people to helpless individuals that needed continual assistance and I too have developed a compassion for the senior community. So, I deem myself an expert on discerning the character of someone who is passionate about helping others and Brian has it. To lose him for any extended period of time will have a devastating effect on his mother as well as the community of mothers he has joined us in serving. Please give all consideration to keeping Mr. Thompson assessable to us to allow him to continue being a blessing to those in the community and most importantly to his mother Mrs. Thompson in her diminishing time of need.

Sincerely,

Joseph Morgan