# Exhibit 8

Eboni-Rose Thompson
4562 Texas Avenue SE
Washington, DC 20019

December 7, 2014

To the Honorable Judge Friedman:

I am writing this letter in the hopes you see more of the character of my uncle, Brian Thompson, despite the transgressions resulting in his current entanglement with the law.

In my 27 years, I have had many opportunities to observe my uncle's actions, and since moving back to Washington, DC, many have been focused on improving my grandmother's quality of life. She has lived in the same house close to 50 years. For over a dozen years, my grandmother has been ill with limited mobility. Brian has personally made many of the improvements needed for her to continue to safely age-in-place.

As a child, I remember my uncle traveling from Indiana, with team in tow to build a much needed addition to my grandmother's house, which included a chair lift so that she would be able to manage the steps. Additionally, in the last few years, he renovated her kitchen to accommodate her wheelchair and bathroom, including a handicap accessible shower. All of these improvements are a result of my uncle's generous contributions of time, money, and skill. These home improvements cannot be truly measured through a real estate assessment. Rather I know to my grandmother and family, these improvements have been invaluable.

From birth, our parents commit to provide and care for our every need. It is not as often that in their old age, children repay that commitment to their parents. As individuals we all develop skills and talents, which can be put to use not only for our personal gain but more importantly, to the benefit of others. I have been proud to see Brian's willingness to do just that. I am disappointed this situation may take away his ability to positively contribute for a time and believe he has learned from his mistakes.

Overall, I have known my uncle to be a generous, responsible, and compassionate person as demonstrated by his consistency in choosing actions to help others. He personifies the sentiments expressed by Eleanor Roosevelt.  "One's philosophy is not best expressed in words; it is expressed in the choices one makes... and the choices we make are ultimately our responsibility." I know Brian has taking responsibility for the actions that have brought him before the court. I hope your Honor will see the sum of his actions, totaling a lifetime of benevolence and accountability.


Respectfully Submitted,

Eboni-Rose Thompson