# Exhibit 19



**DEPARTMENT OF DEFENSE**
WALTER REED NATIONAL MILITARY MEDICAL CENTER
8901 WISCONSIN AVENUE
BETHESDA MARYLAND 20889-5600

12/15/2014

To Whom It May Concern,

Mrs. Constance Thompson is a patient of mine in the Internal Medicine Department at Walter Reed National Military Medical Center in Bethesda. She has been in and out of the hospital for the last 2 years due to her multiple medical problems. She will be discharged from Carriage Hill rehabilitation program after having been there for over 7 months, undergoing physical therapy so that she may become more self-sufficient. Though improved, and to be discharged soon to home, she will still require 24 hour care and supervision. Please allow her son, Brian Thompson, to work a modified schedule so that he can accommodate the health care needs of his mother.

If you have any questions, please contact me at 301 295 7908.
Thank you very much.

Best regards,

*Nancy Baxi*

Nancy Baxi, MD